UNION NO. 7, of the State of Texas, OF BRICKLAYERS AND MASONS INTERNATIONAL UNION OF AMERICA et al., Appellants, v. BRICK AND STONE MASONS UNION NO. I OF TEXAS, Appellee.

No. 10665.

Court of Civil Appeals of Texas. Galveston.

Oct. 7, 1937.

Rehearing Denied Dec. 16, 1937.

Sewall Myer, of Houston, for appellants.

Thomas B. Lewis, of Houston, for appellee.

CODY, Justice.

This is a companion case to United Brotherhood of Carpenters and Joiners of America, Carpenters Union No. 213 v. Carpenters and Joiners Union of Texas, 110 S.W.2d 1209, which is No. 10,664 on the docket of this court. The allegations of appellants' petition in both cases are practically the same. The ruling in the court below was the same, which is here affirmed upon the reasons set forth in our opinion this day delivered in cause No. 10,664.

Affirmed.

PLEASANTS, C. J., dissenting.